IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLIFTON SPEARS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. 07-0275-CG-M |
| **CHOCTAW COUNTY COMMISSION,** | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the court's order on motion for summary judgment entered this date (Doc. 123), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Choctaw County Commission, and against plaintiff, Clifton Spears. Therefore, all the plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs shall be taxed against the plaintiff.

**DONE and ORDERED** this the 30th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE