# UNITED STATES DISTRICT COURT

SOUTHERN District of ALABAMA

**CLIFTON SPEARS**
V.
**CHOCTAW COUNTY COMMISSION**

**BILL OF COSTS**

Case Number: CV-07-00275-CG-M

Judgment having been entered in the above entitled July 30, 2009 against Clifton Spears,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................. | $ _____ |
| Fees for service of summons and subpoena ................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,527.65 |
| See attached Exhibit A | |
| Fees and disbursements for printing ..................................... | _____ |
| Fees for witnesses (itemize on reverse side) ............................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............... | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................... | _____ |
| Costs as shown on Mandate of Court of Appeals .......................... | _____ |
| Compensation of court-appointed experts ................................ | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | _____ |
| Other costs (please itemize) ............................................ | 9,774.28 |
| See attached Exhibit B | |
| TOTAL | $ 12,301.93 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Robert Camp, Esq., attorney for Plaintiff .

Signature of _/s/ Robbie Alexander Hyde_

Name of **Robbie Alexander Hyde**

For: **Choctaw County Commission**
Name of Claiming Party

Date: 08/13/09

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court          Deputy Clerk          Date